UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| **GLEB NESIS,** on behalf of himself and all others similarly situated, | : |
| | : Case No. 1:22-cv-07304-CM-SLC |
| Plaintiff, | : |
| | : **JOINT MOTION FOR** |
| v. | : **PROTECTIVE ORDER** |
| | : |
| **NEW YORK QUALITY HEALTHCARE CORPORATION D/B/A FIDELIS CARE,** | : |
| | X |
| Defendant. | |

-----------------------------------------------------------------

The parties in the above-captioned action move the Court to enter the attached Proposed Protective Order. Without prejudice to the parties' positions on the need for, or scope of, disclosure and discovery, the parties anticipate the production of certain information that the parties believe to be of a non-public, confidential, and sensitive nature, including, but not limited to, proprietary business information, or information implicating an individual's legitimate expectation of privacy, including personal health information or information otherwise protected under the Health Insurance Portability and Accountability Act of 1996 (HIPAA). The parties believe that entry of the Proposed Protective Order will facilitate the prompt resolution of disputes over confidentiality, protect materials entitled to be kept confidential, and ensure that confidentiality will be afforded only to materials so entitled.

---

The parties' request (ECF No. 23) for entry of their proposed protective order (the "Protective Order") is GRANTED. The Court will enter the Protective Order by separate order.

The Clerk of Court is respectfully directed to close ECF No. 23.

SO ORDERED     1/4/2023

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge